**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00309-CR**
_____

**KRISTEN WESTFALL MADDOX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 1A District Court**
**Tyler County, Texas**
**Trial Cause No. 12,856**

**ORDER**

Counsel for Kristen Westfall Maddox requested access to the sealed juror information filed in this appeal. The State did not file an objection.

It is, therefore, ORDERED that Scott W. Stover, counsel on appeal for the appellant, Kristen Westfall Maddox, be allowed to personally inspect and view the sealed exhibits on file in this appeal. Appellate counsel may personally inspect and view the sealed record at the Ninth Court of Appeals, Jefferson County Courthouse, 1001 Pearl Street, Suite 330, Beaumont, Texas, by appointment during the Court's

1

regular business hours, or in the 1A District Court of Tyler County, Texas, by appointment with the trial court clerk. The trial court and the clerk shall assist the Court in ensuring that appellate counsel can personally inspect the sealed record. No images or copies may be made of any sealed document.

ORDER ENTERED February 9, 2017.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.